UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

**CIVIL MINUTES - GENERAL**

Case No. SA CV 10-1816 DOC (CWx)            Date: March 8, 2011

Title: TALIA HATZIEFSTRATIOU et. al. v. FREMONT INVESTMENT AND LOAN et. al.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Nancy Boehme | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT            NONE PRESENT

PROCEEDING (IN CHAMBERS):     ORDER DISMISSING CASE

       On February 2, 2011 the Court issued an Order to Show Cause why the above-captioned case should not be dismissed for lack of subject matter jurisdiction (Docket 16).  The Order to Show Cause gave Plaintiffs until March 4, 2011 to respond.  To date, Plaintiff has not responded to the Order to Show Cause.  Accordingly, the above-captioned case is hereby DISMISSED for lack of subject matter jurisdiction.

       The Clerk shall serve this minute order on all parties to the action.

MINUTES FORM 11 DOC            Initials of Deputy Clerk nkb
CIVIL - GEN            Page 1 of 1